# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| SILAS CHIDZIVA, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 4:13-cv-339-JHH-TMP |
| SCOTT HASSELL, Warden; *et al.*, | ) ) ) |
| Respondents. | ) |

## **O R D E R**

On July 11, 2013, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot. To date, no objections have been filed by either party. The Report and Recommendation mailed to petitioner has been returned as undeliverable.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** this the   28th   day of August, 2013.

*/s/ James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE